UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GERBER, | Case No. CV 08-1534-ODW(PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEBRA DEXTER, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 06-02-2011

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE